UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

R M P PROPERTIES OF VALDOSTA, LLC     CIVIL ACTION NO. 26-cv-962

VERSUS     JUDGE VAN HOOK

HOUSTON SPECIALTY INSURANCE CO, ET    MAGISTRATE JUDGE HORNSBY
AL

## MEMORANDUM ORDER

Plaintiff RMP Properties of Valdosta, LLC filed its Diversity Jurisdiction Disclosure Statement (Doc. 9) and alleged that it is a Louisiana limited liability company "solely owned by" Manojkumar Patel, who is domiciled in Georgia. The citizenship of an LLC is determined by the citizenship of all of its members, with its state of organization or principal place of business being irrelevant. Harvey v. Grey Wolf Drilling Co., 542 F.3d 1077 (5th Cir. 2008). "A party seeking to establish diversity jurisdiction must specifically allege the citizenship of every member of every LLC or partnership involved in a litigation." Settlement Funding, L.L.C. v. Rapid Settlements, Ltd., 851 F.3d 530, 536 (5th Cir. 2017). An allegation that an LLC is "solely owned" by someone is not enough to allege citizenship with specificity. The party must set forth the members of the LLC, which may be different from owners in some states. SXSW, L.L.C. v. Fed. Ins. Co., 83 F.4th 405, 408 (5th Cir. 2023).

Plaintiff must file, no later than **April 8, 2026**, an amended Diversity Jurisdiction Disclosure Statement that clarifies whether Manojkumar Patel is its sole member.  If he is not, the statement must set forth all of Plaintiff's members and their citizenship.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 1st day of April, 2026.

Mark L. Hornsby
U.S. Magistrate Judge